United States Courts
Southern District of Texas
FILED

*September 27, 2022*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | **CRIMINAL NO. 4:22-cr-00417-S** |
| | § | |
| JONATHAN CHIMNEY, | § | |
| JAMES PRICE, | § | |
| DEVON PARISH, | § | |
| CRYSTAL HAYNIE, | § | |
| JONATHAN STEWART, and | § | |
| JUSTIN HUGHES. | § | |

<u>SUPERSEDING INDICTMENT</u>

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

**(Engaging in the Firearms Business without a License)**

From on or about February 10, 2022 to on or about June 27, 2022, in the Southern District of Texas, Defendants,

**JONATHAN CHIMNEY &**

**JAMES PRICE,**

Aiding and abetting each other and others known and unknown to the Grand Jury, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D) and 2.

1

## COUNT TWO

### (Felon in Possession of a Firearm)

On or about February 10, 2022, in the Southern District of Texas, the defendant,

**JONATHAN CHIMNEY**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, an Aero Precision DTOM15, multi-caliber pistol, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

### (Felon in Possession of a Firearm)

On or about February 10, 2022, in the Southern District of Texas, the defendant,

### DEVON PARISH,

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, to wit, an FM Products, FMP-9, 9x19mm

pistol, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR

### (Felon in Possession of a Firearm)

On or about February 25, 2022, in the Southern District of Texas, the defendant,

### JONATHAN CHIMNEY,

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, to wit, a Taurus PT111 G2, 9x19mm pistol,

and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

4

5

## COUNT FIVE

### (Failure to Register Firearm)

On or about April 18, 2022 in the Houston Division of the Southern District of Texas, the

defendant,

**JONATHAN CHIMNEY,**

did knowingly possess a firearm, namely a device made and intended to convert a semi-automatic

pistol to being fully automatic aka "Glock Auto Switch", that was not registered to him in the

National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d), 5845, and 5871.

**COUNT SIX**

**(Felon in Possession of a Firearm)**

On or about May 6, 2022, in the Southern District of Texas, the defendant,

**JUSTIN HUGHES**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Taurus G3, 9x19mm pistol, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SEVEN

### (Failure to Register Firearm)

On or about June 1, 2022 in the Houston Division of the Southern District of Texas, the defendant,

### JONATHAN CHIMNEY,

did knowingly possess a firearm, namely a device made and intended to convert a semi-automatic pistol to being fully automatic aka "Glock Auto Switch", that was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d), 5845, and 5871.

## COUNT EIGHT

### (Felon in Possession of a Firearm)

On or about June 1, 2022, in the Southern District of Texas, the defendant,

### JONATHAN STEWART,

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, to wit, a Glock 27Gen4, .40S&W caliber

pistol, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT NINE

### (Felon in Possession of a Firearm)

On or about June 13, 2022, in the Southern District of Texas, the defendant,

**CRYSTAL HAYNIE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Diamondback Arms DB-15, multi-caliber rifle, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TEN

### (Felon in Possession of a Firearm)

On or about July 27, 2022, in the Southern District of Texas, the defendant,

### JAMES PRICE,

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, to wit, a Glock model 43, 9x19mm pistol,

and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT ELEVEN

**(Conspiracy to Possess with the Intent to Distribute a Controlled Substance)**

On or about July 27, 2022 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JONATHAN CHIMNEY &**
**JAMES PRICE**

Defendants herein, did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to possess with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

## COUNT TWELVE

**(Possession with Intent to Deliver a Controlled Substance)**

On or about April 14, 2022, in the Southern District of Texas,

**JAMES PRICE**

Aiding others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## <u>NOTICE OF CRIMINAL FORFEITURE</u>

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Possession of a Firearm, as charged in Counts One, Two and Three, all firearms and ammunition involved in or used in a violation of Title 26, United States Code, Sections 5861(d), 5845, and 5871 are subject to forfeiture, including but not limited to:

- Glock model 43, 9x19mm pistol, s/n: ZMV012

- Para Ordnance, model P14-45, .45 ACP caliber pistol, s/n: RL1300

- Rock Island Armory, Unknown Model, .45 ACP caliber pistol, s/n: RIA1142213

- Smith & Wesson, model 645, .45 ACP caliber pistol, s/n: TAV1582

- Glock model 34, 9x19mm pistol, s/n: PWB560

- Glock model 45, 9x19mm pistol, s/n: BRKW415

- Glock model 36, .45 ACP caliber pistol, s/n: RNT841

- Glock model 19, 9x19mm pistol, s/n: BSVD291

- Glock model 17, 9x19mm pistol, s/n: XZR341

- Stoeger model STR-9C, 9x19mm pistol, s/n: T6429-21S03592

- Glock model 17Gen5, 9x19mm pistol, s/n: BRVY645

- Canik model TP9SF, 9x19mm pistol, s/n: T6472-16 AT 19535

- Taurus model PT111 G2, 9x19mm pistol, s/n: TKX65112

- Kahr Arms model P40, .40 S&W caliber pistol, s/n: N000638

- Glock model 19Gen5, 9x19mm pistol, s/n: BPXC853

- Smith & Wesson model 58, .41 Magnum caliber revolver, s/n: N235289

- Smith & Wesson model 58, .41 Magnum caliber revolver, s/n: N234157

- Smith & Wesson model 27, .357 Magnum caliber revolver, s/n: N161929

- Smith & Wesson model 29, .44 Magnum caliber revolver, s/n: NAEB9908

- Smith & Wesson model 629, .44 Magnum caliber revolver, s/n: ADS4238

- Smith & Wesson model 629 Classic, .44 Magnum caliber revolver, s/n: CBH8362

- Glock model 20Gen4, 10mm Auto pistol, s/n: BKKW373

- AR-15-style suspected "Personally Made Firearm" (hereinafter "PMF") pistol, bearing no Manufacturer's markings of serial number

- Eagle Arms model M15A2, 5.56x45mm rifle, s/n: USA150730

- DPMS model A-15, multi-caliber rifle, s/n: FFH186114

- Norinco, model SKS 7.62x39mm rifle, s/n: C1407609

A TRUE BILL:

**Original Signature on File**

_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
LISA M. COLLINS
Assistant United States Attorney

14